**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-11411
_____


ALINDA FRANCINE CARTER-THOMAS,


Plaintiff-Appellant,

VERSUS


DALLAS COUNTY COMMUNITY COLLEGE DISTRICT; EL
CENTRO COLLEGE; JANET CHARLOTTE JAMES;
BROOKHAVEN COLLEGE,


Defendants-Appellees.


Appeals from the United States District Court
For the Northern District of Texas
(3:95-CV-0546-D)


October 8, 1997

Before JOHN R. GIBSON[1], JOLLY, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[2]

AFFIRMED.  _See_ 5TH CIR. R. 47.6.  All pending motions DENIED.

_____

[1]     Circuit Judge of the 8th Circuit, sitting by designation.

[2]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.